UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LATRECIA SMITH,

    Plaintiff,

v.                                                  Case No.: 8:13-cv-00859-T-27EAJ

DR. ROBERT NORMAN,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Magistrate Judge's Report and Recommendation (Dkt. 3) concerning Plaintiff's Affidavit of Indigency (Dkt. 2), which is construed as a motion for leave to proceed *in forma pauperis*. As of the date of this order, there are no objections to the Report and Recommendation, and the time for the parties to file such objections has elapsed.

After conducting a careful and complete review of the findings and recommendations, a district court may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). In the absence of specific objections, there is no requirement that a district court review factual findings *de novo*, *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. § 636(b)(1)(C). The district court reviews legal conclusions *de novo*, even in the absence of an objection. *See LeCroy v. McNeil*, 397 Fed. Appx. 554, 556 (11th Cir. 2010) (citing *United States v. Warren*, 687 F.2d 347, 348 (11th Cir. 1982)); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

After conducting a careful and complete review of the findings, conclusions and

1

2

recommendations, and giving *de novo* review to matters of law, the Report and Recommendation (Dkt. 3) is APPROVED and ADOPTED for all purposes, including for appellate review. Plaintiff's motion for leave to proceed *in forma pauperis* is DENIED. Plaintiff shall pay to the Clerk the requisite filing fee by **May 20, 2013**. Failure to pay the required filing fee will result in dismissal of this action **without further notice**.

**DONE AND ORDERED** this 29th day of April, 2013.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Unrepresented Parties